# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 11, 2015

### NO. 03-14-00653-CR

**The State of Texas, Appellant**

**v.**

**Michael Yanez, Appellee**

**APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order entered by the trial court. The State of Texas has filed a motion to dismiss the appeal. The Court grants the motion, allows The State of Texas to withdraw its notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.